IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| CURLEY BERNARD HICKS | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv436 |
| BUREAU OF PRISONS | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Curley Bernard Hicks,  proceeding *pro se*, filed the above-styled civil rights lawsuit.  The court referred the matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable orders of this court.  The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending plaintiff's motion to dismiss be granted and  this lawsuit dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence.  No objections to the Report and Recommendation were filed by the parties.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  Plaintiff's motion to dismiss is **GRANTED**.  A final judgment will be entered dismissing this lawsuit.

So **ORDERED** and **SIGNED** this **6**  day of **December, 2007.**

_____
Ron Clark, United States District Judge